PD-1664-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/22/2014 11:47:42 AM
Accepted 12/29/2014 12:54:34 PM
ABEL ACOSTA
CLERK

NO. _____

IN THE
COURT OF CRIMINAL APPEALS
AT AUSTIN
————————◆————————

NO. 01-13-00259-CR
IN THE
FIRST DISTRICT COURT OF APPEALS
HOUSTON, TEXAS

————————◆————————

ALYSSA PULLEN,
*Appellant*
V.
THE STATE OF TEXAS,
*Appellee*

————————◆————————

CAUSE NO. 1817849
IN COUNTY CRIMINAL COURT AT LAW NO. 4
HARRIS COUNTY, TEXAS

————————◆————————

APPELLANT'S MOTION FOR EXTENSION OF TIME WITHIN
WHICH TO FILE APPELLANT'S PETITION FOR
DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

December 29, 2014

ABEL ACOSTA, CLERK

GARY S. MILLER
State Bar No: 24051050
1018 Preston St., Suite 500
Houston, TX 77002
tel: (713) 223-4200
fax: (713) 222-7022
gary@millerlindsey.com

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

APPELLANT, pursuant to TEX. R. APP. P. 68.2(C) and 10.5(b)(3), moves for an extension of time within which to file her petition for discretionary review. In support of its motion, appellant submits the following:

1. Appellant was charged with driving while intoxicated.

2. A jury convicted Appellant of the charged offense and she was sentenced to 3 days in the Harris County Jail along with a $1,500.00 fine on March 15, 2013.

3. On November 20, 2014, a panel of the First Court of Appeals issued a corrected opinion upholding appellant's conviction and also denied appellant's motion for *en banc* reconsideration (which was filed on October 10, 2014).

4. Appellant's petition for discretionary review is due on December 22, 2014.

5. Appellant seeks an extension to file her petition for discretionary review until January 22, 2015.

6. This is Appellant's first request for an extension of the deadline within which to file her petition for discretionary review.

7. The factual basis for the requested extension is because Appellant's counsel needs additional time to prepare the Petition for Discretionary Review and has been unable to complete it because of prior court settings including a jury trial which was scheduled for December 15, 2014, *State of Texas v. Edward Simpson*, County Criminal Court at Law No. 5, Harris County, Texas in Cause No. 1960266. Appellant's counsel was also scheduled for a motion to revoke probation hearing on December 1, 2014, in 411th District Court, *State of Texas v. Beau Mullins*, San Jacinto County, Texas in Cause No. 10,540.

8. Appellant's motion is not for purposes of delay, but so that justice may be done.

## PRAYER

Appellant therefore respectfully requests that this Honorable Court grant the requested extension until January 22, 2015.

Respectfully submitted:

/S/     GARY S. MILLER
**GARY S. MILLER**
Attorney for Alyssa Pullen
State Bar No: 24051050
1018 Preston St., Suite 500
Houston, TX 77002
phone: (713) 223-4200
fax: (713) 222-7022
gary@millerlindsey.com

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on December 22, 2014, a copy of the foregoing Motion was delivered via facsimile to the following address: Assistant District Attorney Carly Dessauer, Harris County District Attorney's Office, 1201 Franklin Street, Houston, Texas 77002 at (713) 755-5809.

/S/     GARY S. MILLER
**GARY S. MILLER**